IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZEBRA TECHNOLOGIES CORPORATION, | § § § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:21-CV-00055-K |
| | § | |
| ONASSET INTELLIGENCE, INC. | § | |
| | § | |
| Defendant. | § | |

## <u>MEMORANDUM OPINION AND ORDER</u>

Before the Court are Defendant OnAsset Intelligence, Inc.'s Motion for Partial Summary Judgment (Doc. No. 150), Statement of Material Facts (Doc. No. 152), Memorandum of Law in Support of its Motion (Doc. No. 153), and its exhibits in support (Doc. Nos. 154 (public version of Appendix) & 151-1 (sealed Exhibit 6)) (together, the "Motion"). *See also* Doc. No. 190 (court order regarding Defendant's sealing request). Plaintiff Zebra Technologies Corporation filed its Opposition Brief in Support of Its Response to OnAsset's Motion for Partial Summary Judgment (Doc. No. 153-1 (sealed brief)) and Appendix in Support (Doc. Nos. 158-2 (sealed Exhibit 6), 158-3 (sealed Exhibit 9), 158-4 (sealed Exhibit 10), 158-5 (sealed Exhibit 23) & 159-3 (public version of Appendix)). *See also* Doc. No. 190 (court order regarding Plaintiff's sealing request). Defendant filed a Reply Brief In Support of Its Motion (Doc. No 169).

The Court has carefully considered the Motion, the responsive briefing, the evidence submitted by the parties, the applicable law, and the relevant portions of the record. The Court finds that all grounds for summary judgment raised by Defendant require the resolution of genuine disputes of material facts. *See* FED. R. CIV. P. 56(a); *Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986). Therefore, the Court **DENIES** Defendant OnAsset Intelligence, Inc.'s Motion for Partial Summary Judgment (Doc. No. 150).

**SO ORDERED.**

Signed July 9th, 2025.

_Ed Kinkeade_

ED KINKEADE
UNITED STATES DISTRICT JUDGE